Philip J. COGAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 373.

Circuit Court of Appeals, Second Circuit.

July 11, 1938.

Frederick L. Pearce, of Washington, D. C. (George M. Morris, and Morris, Kix-Miller & Baar, all of Washington, D. C., of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Edward J. Ennis, of New York City, for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Gregory v. Helvering, 293 U.S. 465, 55 S.Ct. 266, 79 L.Ed. 596, 97 A.L.R. 1355.

COMMISSIONER OF INTERNAL REVENUE v. E. H. AUSTIN, Administrator with the Will Annexed of the Estate of John Frederic Strough, Deceased.

No. 8039.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

James W. Morris, J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

Albert B. Arbaugh, of Canton, Ohio, for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that an agreed motion to docket and dismiss appeal has been filed, accompanied by certificate of the Clerk of the Board of Tax Appeals as provided by Rule 18; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.

COMMISSIONER OF INTERNAL REVENUE v. Arthur BENAGLIA et al.

No. 8871.

Circuit Court of Appeals, Ninth Circuit.

June 20, 1938.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by respondent, ordered petition to review herein be dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

COMMISSIONER OF INTERNAL REVENUE v. DETROIT TRUST COMPANY, Trustee and Transferee; Wilson Critzer, Trustee and Transferee; Grace I. Thompson, Transferee and Insurance Beneficiary.

No. 8038.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

James W. Morris, J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

Raymond H. Berry, of Detroit, Mich., for respondents.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that an agreed motion to docket and dismiss appeal has been filed, accompanied by certificate of the Clerk of the Board of Tax Appeals as provided by Rule 18; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.